# Court of Appeals
# of the State of Georgia

ATLANTA,  September 09, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0210. MARYANN J. JOHNSON v. DESMOND D. JOHNSON.

MaryAnn Johnson and Desmond Johnson divorced in 2023. In 2024, the trial court issued an order finding MaryAnn in contempt of the divorce decree. MaryAnn then filed this direct appeal. We, however, lack jurisdiction.

Appeals from orders in divorce and other domestic relations cases, including orders holding persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2); see also *Norman v. Ault*, 287 Ga. 324, 330-331 (6) (695 SE2d 633) (2010). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). MaryAnn's failure to follow the discretionary appeals procedure thus deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/09/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*